# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:06-CR-00160-RLH-RJJ |
| vs. | ) | **O R D E R** |
| FALASHA ALI, | ) | (Motion to Set Aside Court's Order/ Judgment of October 6, 2008–#119 |
| Defendant. | ) | |

Before the Court is Defendant's **Motion to Set Aside Court's Order/Judgment of October 6, 2008 Pursuant to 60(b)(6)** (#119, filed March 18, 2013) and the Court will exercise its authority under that section to refer this matter to the United States Attorney for a response to the Motion.

IT IS THEREFORE ORDERED that Defendant's **Motion to Set Aside Court's Order/Judgment of October 6, 2008** (#119) is hereby REFERRED to the UNITED STATES ATTORNEY for a response within forty-five (45) days of the entry this Order. Defendant will then have fifteen (15) days thereafter to file a reply to the response of the United States Attorney, and the matter will be referred for decision.

DATED: May 3, 2013.

_____
**Roger L. Hunt**
**United States District Judge**